■ Daniel Shube et al., Appellants, v Philip Yen-Po Cheng et al., Defendants, and Citibank, N. A., Respondent. [618 NYS2d 226] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Segal, J.), dated February 23, 1993.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Segal at the Supreme Court *(see, Shube v Cheng,* 157 Misc 2d 255). Lawrence, J. P., Pizzuto, Friedmann and Krausman, JJ., concur.